# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-1047**                                                  **September Term, 2012**

EPA-Certificate 12/27/12

Filed On: March 14, 2013 [1425414]

Daimler Trucks North America LLC, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

**O R D E R**

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the issuance of this court's mandate in No. 12-1433, <u>Daimler Trucks North America, LLC v. EPA</u>.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                              BY:     /s/
                                               Mark A. Butler
                                               Deputy Clerk